UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, et al.

    Plaintiffs,                                             Civil Action No. 12-cv-10285
                                                             HON. BERNARD A. FRIEDMAN

vs.

RICHARD SNYDER, et al.

    Defendants.
_____/

**ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE AN AMENDED COMPLAINT, DENYING DEFENDANTS'
MOTION TO DISMISS THE COMPLAINT AND DENYING PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT**

Before the Court is plaintiffs' motion for leave to file an amended complaint [docket entry 33] to which defendants' filed a response [docket entry 35].  Also before the Court is defendants' motion to dismiss the complaint [docket entry 14] and plaintiffs' unopposed motion for summary judgment [docket entry 25].  Plaintiffs filed a response to defendants' motion to dismiss [docket entry 24] and defendants filed a reply [docket entry 29].  For cause shown,

IT IS ORDERED that plaintiffs' motion for leave to file an amended complaint is granted.

Civil Action No. 12-cv-10285

IT IS FURTHER ORDERED that defendants' motion to dismiss the complaint is denied as moot.

IT IS FURTHER ORDERED that plaintiffs' motion for summary judgment is denied as moot.

                                        S/ Bernard A. Friedman_____
                                        BERNARD A. FRIEDMAN
                                        SENIOR UNITED STATES DISTRICT JUDGE

Dated: September 24, 2012
       Detroit, Michigan