UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, et al.

    Plaintiffs,                                        Civil Action No. 12-cv-10285
                                                            HON. BERNARD A. FRIEDMAN

vs.

RICHARD SNYDER, et al.

    Defendants.

_____/

## ORDER GRANTING MOTION TO FILE AMICUS CURIAE BRIEF

        Before the Court is the unopposed motion of the American Civil Liberties Union, the American Civil Liberties Fund of Michigan, Human Rights Campaign Fund, Lamdba Legal Defense and Education Fund, Inc., National Center for Lesbian Rights, Family Equality Council, Affirmations Community Center, Equality Michigan, Ruth Ellis Center and KICK for leave to file an amicus curiae brief [docket entry 49]. For cause shown,

        IT IS ORDERED that the motion to file an amicus curiae brief is granted.

Dated: January 25, 2013                  s/ Bernard A. Friedman
                                                        BERNARD A. FRIEDMAN
                                                        SENIOR UNITED STATES DISTRICT JUDGE

This document was sent to parties of record on January 25, 2013, electronically or by U.S. mail.

                                                        s/ Michael Williams
                                                        Relief Case Manager for the Honorable
                                                        Bernard A. Friedman