UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, individually and as parent and next friend of ND.-R, R.D.-R., and J.D.-R, minors, and JAYNE ROWSE, individually and as parent and next friend of N.D.-R, R.D.-R., and J.D.-R, minors,

      Plaintiff,

v

RICHARD SNYDER, in his official capacity as Governor of the State of Michigan, BILL SCHUETTE, in his official capacity as Michigan Attorney General, and BILL BULLARD, JR., in his official capacity as Oakland County Clerk,

      Defendants.
_____/

Case No. 2:12-cv-10285-BAF-MJH
Hon. Bernard A. Friedman

DANA M. NESSEL (P51346)
Attorney for Plaintiff
645 Griswold Street, Suite 3060
Detroit, MI 48226
(313) 556-2300
dananessel@hotmail.com

CAROLE M. STANYAR (P34830)
Attorney for Plaintiffs
682 Deer Street
Plymouth, MI 48170
(313) 963-7222
cstanyar@wowway.com

KEITH J. LERMINIAUX (P30190)
Oakland County Corporation Counsel
Attorneys for Defendant Bill Bullard, Jr.
1200 North Telegraph Road, Bldg. 14 East
Pontiac, MI 48341-0419
(248) 858-0557
lerminiauxk@oakgov.com

JOSEPH E. POTCHEN (49501)
TONYA C. JETER (P55352)
Attorney for Defendants
Mich. Dep't of Attorney General
Health, Education &Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 373-7700; Fax (517) 351-1152
potchenj@michigan.gov
jetert@michigan.gov

**NOTICE OF WITHDRAWAL OF DEFENDANT BULLARD'S
MOTION TO DISMISS [DKT. #45]**

NOW COMES Defendant BILL BULLARD, JR., through counsel, and in support of his Notice of Withdrawal of Defendant Bill Bullard, Jr.'s Motion to Dismiss Amended Complaint [DKT. #45], states as follows:

1. Defendant Bill Bullard Jr. filed a Motion to Dismiss on November 8, 2012. [DKT. #45].

2. A hearing on the Motion to Dismiss is scheduled for March 7, 2013, at Wayne State University Law School.

3. As a result of the November 2012 election, Lisa Brown was elected as the Oakland County Clerk/Register of Deeds and took office on January 1, 2013.

4. The current Oakland County Clerk/Register of Deeds does not want to proceed with the motion to Dismiss.

5. Accordingly, the Motion to Dismiss is hereby withdrawn.

    Respectfully submitted,

    OAKLAND COUNTY CORPORATION COUNSEL

**/s/ KEITH J. LERMINIAUX**
Deputy Corporation Counsel
Attorney for Defendant Bill Bullard, Jr.
1200 North Telegraph Road, Bldg. 14 East
Pontiac, MI 48341-0419
(248) 858-0557
lerminiauxk@oakgov.com
Attorney Bar No. P30190

Dated:  February 12, 2013

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 12, 2013, I electronically filed the foregoing papers (Notice of Withdrawal of Defendant Bullard's Motion to Dismiss [DKT. #45]) with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record, and I hereby certify that I have mailed by United States Postal Service the papers to the following non-ECF participant: NONE.

**/s/ KEITH J. LERMINIAUX**
Deputy Corporation Counsel
Attorney for Defendant Bill Bullard, Jr.
1200 North Telegraph Road, Bldg. 14 East
Pontiac, MI 48341-0419
(248) 858-0557
lerminiauxk@oakgov.com
Attorney Bar No. P30190
