UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al.*,

    Plaintiffs,                               ED Mi No. 12-10285
                                            Honorable Bernard A. Friedman
                                            United States District Judge

-vs-

RICHARD SNYDER, *et al.*,
    Defendants.
_____/

**PLAINTIFFS' MEMORANDUM OF LAW**
**REGARDING RECENT AMENDMENT TO MCLA §710.24**

    Effective January 9, 2013, MCLA §710.24 was amended to provide in relevant part as follows:

> (2) Notwithstanding any other provision in this section, the court may allow either of the following to occur:
> ...
> (b) *A married individual to adopt without his or her spouse joining in the petition* if the failure of the other spouse to join in the petition or to consent to the adoption is excused by the court for good cause shown or in the best interest of the child.

(emphasis added).

    As a consequence of this amendment, even though Michigan law continues to prohibit an unmarried couple, such as Plaintiffs, from adopting each other's child/children when both wish to do so and when they would marry if legally allowed to do so, Michigan law now permits a married person to adopt a child, subject to court approval, even over the objection of their spouse.

Respectfully submitted,

| | |
|---|---|
| *s/ Carole M. Stanyar* | *s/ Dana Nessel* |
| CAROLE M. STANYAR P34830 | DANA M. NESSEL P51346 |
| 221 North Main Street, Suite 300 | 645 Griswold Street, Suite 3060 |
| Ann Arbor, MI 48104 | Detroit, MI 48226 |
| (313) 963-7222 | (313) 556-2300 |
| *cstanyar@wowway.com* | *dananessel@hotmail.com* |

Dated: February 20, 2013                                     Attorneys for Plaintiffs

Of counsel:

| | |
|---|---|
| *s/ Robert A. Sedler* | *s/ Kenneth M. Mogill* |
| ROBERT A. SEDLER  P31003 | Kenneth M. Mogill P17865 |
| Wayne State University Law School | MOGILL, POSNER & COHEN |
| 471 W. Palmer Street | 27 E Flint Street, 2nd Floor |
| Detroit, MI 48202 | Lake Orion, MI 48362 |
| (313) 577-3968 | (248) 814-9470 |
| *rsedler@wayne.edu* | *kmogill@bignet.net* |

## CERTIFICATE OF SERVICE

CAROLE M. STANYAR hereby certifies that a copy of Plaintiffs' Memorandum of Law Regarding Recent Amendment to MCLA §710.24 and this Certificate of Service were served upon Assistant Attorney General Joseph E. Potchen, and Keith Lerminiaux, ECF filers, on February 20, 2013.

> *s/Carole M. Stanyar*
> CAROLE M. STANYAR P34830
> Attorney for Plaintiffs
> 221 North Main Street, Suite 300
> Ann Arbor, MI 48104
> (313) 963-7222
> *cstanyar@wowway.com*