UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, et al.

    Plaintiffs,                                               Civil Action No. 12-cv-10285
                                                             HON. BERNARD A. FRIEDMAN

vs.

RICHARD SNYDER, et al.

    Defendants.
_____/

## **SCHEDULING ORDER**

On July 10, 2013, the Court held a scheduling conference with the parties to determine a briefing schedule for prospective motions in this matter. Pursuant to the agreement of the parties,

IT IS ORDERED that defendants shall have ten (10) days to file their answers to the amended complaint.

IT IS FURTHER ORDERED that motions for summary judgment shall be filed no later than Wednesday, August 14, 2013.

IT IS FURTHER ORDERED that response briefs shall be filed no later than Monday, September 9, 2013.

IT IS FURTHER ORDERED that reply briefs shall be filed no later than Tuesday,

-1-

September 17, 2013.

      IT IS FURTHER ORDERED that the Court shall hold a hearing with respect to the disposition of the foregoing motions on Tuesday, October 1, 2013, at 1:00 p.m.

      IT IS FURTHER ORDERED that all briefs and response briefs shall be limited to thirty-five (35) pages and twenty-five (25) pages respectively.  All reply briefs shall be limited to ten (10) pages.

      S/Bernard A. Friedman
      BERNARD A. FRIEDMAN
      SENIOR UNITED STATES DISTRICT JUDGE

Dated: July 11, 2013
      Detroit, Michigan