UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, et al.

    Plaintiffs,                                        Civil Action No. 12-cv-10285
                                                      HON. BERNARD A. FRIEDMAN

vs.

RICHARD SNYDER, et al.

    Defendants.
_____/

### ORDER GRANTING MOTIONS TO FILE AMICUS CURIAE BRIEFS

Before the Court are the unopposed motions of the "Michigan Law Professors," "Constitutional Law Scholars," Michigan Catholic Conference and Michigan Family Forum for leave to file amicus curiae briefs [docket entries 65, 66, 70 and 71].  For cause shown,

IT IS ORDERED that the motions to file amicus curiae briefs are granted.


                                                   _s/ Bernard A. Friedman_____
                                                 BERNARD A. FRIEDMAN
                                                 SENIOR UNITED STATES DISTRICT JUDGE

Dated: August 29, 2013
       Detroit, Michigan