UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

April DeBoer, et al.,

                Plaintiff(s),

v.                                            Case No. 2:12–cv–10285–BAF–MJH
                                                Hon. Bernard A. Friedman

Richard Snyder, et al.,

                Defendant(s),

### NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Bernard A. Friedman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room Room 100.  The following motion(s) are ***rescheduled*** for hearing:

        Motion for Summary Judgment – #67
        Motion for Summary Judgment – #68
        Motion for Summary Judgment – #69

- MOTION HEARING:  October 16, 2013 at 02:30 PM

**ADDITIONAL INFORMATION:**  Adjourned from October 1, 2013.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/C. Mullins
                                                                Case Manager

Dated:  September 10, 2013