UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, et al.

    Plaintiffs,                                    Civil Action No. 12-cv-10285
                                               HON. BERNARD A. FRIEDMAN

vs.

RICHARD SNYDER, et al.

    Defendants.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF

Before the Court is the unopposed motion of the American Civil Liberties Union, and the other amici listed therein, for leave to file an amici curiae brief [docket entry 73]. For cause shown,

IT IS ORDERED that the motion for leave to the file amici curiae brief is granted.


                                                  S/ Bernard A. Friedman_____
                                                BERNARD A. FRIEDMAN
                                                SENIOR UNITED STATES DISTRICT JUDGE

Dated:  October 4, 2013
          Detroit, Michigan