UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al*　　　　　　　　　　　　No. 2:12-cv-10285-BAF-MJH

　　　Plaintiffs,　　　　　　　　　　　　　　　HON. BERNARD A. FRIEDMAN

v　　　　　　　　　　　　　　　　　　　　　　MAG. MICHAEL J. HLUCHANIUK

RICHARD SYNDER, *et al*

　　　Defendants.

---

Dana M. Nessel P51346　　　　　　　　　　Carole M. Stanyar P34830
Attorney for Plaintiffs　　　　　　　　　　　Attorney for Plaintiffs
645 Griswold Street, Suite 3060　　　　　　682 Deer Street
Detroit, MI 48226　　　　　　　　　　　　　Plymouth, MI 48170
(313) 556-2300　　　　　　　　　　　　　　(313) 963-7222
dananessel@hotmail.com　　　　　　　　　 cstanyar@wowway.com


Kenneth M. Mogill P17865
MOGILL, POSNER & COHEN
27 E. Flint Street, 2nd Floor
Lake Orion, MI 48362
(248) 814-9470
kmogill@bignet.net

---

Kristin M. Heyse P64353　　　　　　　　　 Andrea J. Johnson P74596
Tonya C. Jeter P55352　　　　　　　　　　 Michael L. Pitt P24429
Attorneys for State Defendants　　　　　　 Beth M. Rivers P33614
Michigan Department of Attorney General　 Attorneys for Defendant Lisa Brown
Health, Education & Family Services Division　Pitt McGehee Palmer Rivers & Golden, P.C.
P.O. Box 30758　　　　　　　　　　　　　　117 W. Fourth Street, Suite 200
Lansing, MI 48909　　　　　　　　　　　　 Royal Oak, MI 48067
(517) 373-7700　　　　　　　　　　　　　　(248) 398-9800
heysek@michigan.gov　　　　　　　　　　　ajohnson@pittlawpc.com
jetert@michigan.gov　　　　　　　　　　　 mpitt@pittlawpc.com
　　　　　　　　　　　　　　　　　　　　　brivers@pittlaw.com

# NOTICE OF APPEARANCE

Please enter the appearance of Robert A. Sedler as Of Counsel for the Plaintiffs, APRIL DEBOER, individually and as parent and next friend of N.D.-R, R.D.-R., and J.D.-R, minors, and JAYNE ROWSE, individually and as parent and next friend of N.D.-R, R.D.-R., and J.D.-R, minors, in the above-referenced matter.

                                        Respectfully submitted,

                                        /s/ *Robert A. Sedler* P31003
                                        Professor of Law
                                        Wayne State University Law School
                                        471 W. Palmer
                                        Detroit, Michigan 48202
                                        (313) 577-3968
                                        rsedler@wayne.edu

Dated: October 9, 2013

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2013, the foregoing Notice of Appearance was electronically filed with the Clerk of the Court via the ECF System which will provide electronic notice and copies of such filing to all attorneys of record.

/s/ *Robert A. Sedler*
Robert A. Sedler P31003
Professor of Law
Wayne State University Law School
471 W. Palmer
Detroit, Michigan 48202
(313) 577-3968
rsedler@wayne.edu