UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

April DeBoer, et al.,

                Plaintiff(s),

v.                                        Case No. 2:12−cv−10285−BAF−MJH
                                             Hon. Bernard A. Friedman

Richard Snyder, et al.,

                Defendant(s),
_____

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Bernard A. Friedman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- BENCH TRIAL:  February 25, 2014 at 09:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/C. Mullins
                                                          Case Manager

Dated:   October 16, 2013