UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

April DeBoer, et al.,

                Plaintiff(s),

v.                                            Case No. 2:12−cv−10285−BAF−MJH
                                                 Hon. Bernard A. Friedman

Richard Snyder, et al.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Bernard A. Friedman as follows:

- STATUS CONFERENCE:  November 12, 2013 at 02:30 PM

The conference shall be initiated by Plaintiff.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**    Adjourned from 11/6/2013

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/C. Mullins
                                                        Case Manager

Dated:   October 31, 2013