UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

April DeBoer, et al.,

                    Plaintiff(s),

v.                                          Case No. 2:12−cv−10285−BAF−MJH
                                          Hon. Bernard A. Friedman

Richard Snyder, et al.,

                    Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Bernard A. Friedman as follows:

- STATUS CONFERENCE:  November 12, 2013 at 01:00 PM

    The conference shall be initiated by Defendant.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/C. Mullins
                                                           Case Manager

Dated:   November 5, 2013