# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| APRIL DEBOER, *et al,* | Civil Action No. 12-cv-10285 |
| Plaintiffs, | HON. BERNARD A. FRIEDMAN |
| v | |
| | MAG. MICHAEL J. HLUCHANIUK |
| RICHARD SNYDER, *et al* | |
| Defendants. | |

_____

| | |
|---|---|
| Dana M. Nessel (P51346) | Carole M. Stanyar (P34830) |
| Attorney for Plaintiffs | Attorney for Plaintiffs |
| 645 Griswold Street, Suite 4300 | 221 N. Main Street, Suite 300 |
| Detroit, MI  48226 | Ann Arbor, MI  48104 |
| (313) 556-2300 | (313) 819-3953 |
| dananessel@hotmail.com | cstanyar@wowway.com |

_____

| | |
|---|---|
| Kristin M. Heyse (P64353) | Andrea J. Johnson (P74596) |
| Tonya C. Jeter (P55352) | Michael L. Pitt (P24429) |
| Attorneys for State Defendants | Beth M. Rivers (P33614) |
| Mich. Dep't of Attorney General | Attorneys for Defendant Lisa Brown |
| Health, Education & Family Services Division | Pitt McGehee Palmer Rivers & Golden, P.C. |
| P.O. Box 30758 | 117 W. Fourth Street, Suite 200 |
| Lansing, MI 48909 | Royal Oak, MI  48067 |
| (517) 373-7700; Fax (517) 351-1152 | (248) 398-9800 |
| heysek@michigan.gov | ajohnson@pittlawpc.com |
| jetert@michigan.gov | mpitt@pittlawpc.com |
| | brivers@pittlawpc.com |

_____/

# STIPULATION AND ORDER TO EXTEND THE TIME FOR FILING FINAL WITNESS LISTS

Counsel for the parties stipulate to extend the time for filing final witness lists as follows:  (1) the parties will file witness lists on November 15, 2013, naming all witnesses, including expert witnesses, that are currently known to them and (2) the parties will have an additional 10 days to amend their witness lists, including adding additional witnesses, with final witness list being due on November 25, 2013.

It is so STIPULATED

| | |
|---|---|
| /s/Kristin M. Heyse | /s/Carole M. Stanyar |
| Kristin M. Heyse (P64353) | Carol M. Stanyar (P34830) |
| Tonya C. Jeter (P55352) | Attorney for Plaintiffs |
| Attorneys for State Defendants | 212 N. Main Street, Suite 300 |
| Mich. Dep't of Attorney General | Ann Arbor, MI  48104 |
| Health, Education & Family Services Division | (313) 819-3953 |
| P.O. Box 30758 | cstanyar@wowway.com |
| Lansing, MI 48909 | |
| (517) 373-7700; Fax (517) 351-1152 | |
| heysek@michigan.gov | |
| jetert@michigan.gov | |

It is so ORDERED

| | |
|---|---|
| November 15, 2013____ | s/ Bernard A. Friedman_____ |
| Date | Hon. Bernard A. Friedman |
| | United States District Judge |