UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al.*,

    Plaintiffs,

-vs-                                  ED Mi #12-civ-10285
                                         Hon. Bernard A. Friedman

RICHARD SNYDER, *et al.*,

    Defendants.

_____

## PLAINTIFFS' WITNESS LIST

Now come the Plaintiffs in this matter, by and through their undersigned attorneys, and for their list of witnesses to be called at the trial in this matter state as follows:

1. April DeBoer
2. Jayne Rowse
3. All Defendants
4. Any agent of any Defendant
5. David M. Brodzinsky, Ph.D. (expert witness)
6. Gary J. Gates, Ph.D. (expert witness)
7. Nancy F. Cott, Ph.D. (expert witness)
8. Jennifer C. Sanderson, C.P.A. (expert witness)

9. Vivek S. Sankaran, Esq. (expert witness)

10. Kathi Nelson (expert witness)

11. Jane A. Bassett, Esq. (expert witness)

12. Leslee Fritz

13. Richard A. Primus, Esq. (expert witness)

14. Wendy DeBoer

15. Zoe Almquist

16. Luke Feltz

17. Any and all witnesses whose identities are learned in the course of discovery and investigation in this matter

18. Any and all witnesses, including expert witnesses, listed by any Defendant, whether or not called as a witness by any Defendant

19. Any and all witnesses appropriate to rebut any testimony or other evidence offered at trial by any Defendant

20. Any and all witnesses appropriate to establishing Plaintiffs' entitlement to heightened scrutiny analysis of their equal protection claim based on suspect or quasi-suspect class

In addition, Plaintiffs reserve the right to supplement and/or otherwise amend this Witness List on the basis of additional information learned subsequent to the date

of filing this List.

>Respectfully submitted,

*s/Carole M. Stanyar*  
CAROLE M. STANYAR P34830  
221 N. Main Street, Suite 300  
Ann Arbor, MI 48104  
(313) 819-3953  
cstanyar@wowway.com

Dated: November 15, 2013

Of counsel:

*s/Robert A. Sedler*  
ROBERT A. SEDLER  P31003  
Wayne State University Law School  
 471 W. Palmer Street  
Detroit, MI 48202  
(313) 577-3968  
rsedler@wayne.edu

*s/ Dana Nessel*  
DANA M. NESSEL P51346  
645 Griswold Street, Suite 4300  
Detroit, MI 48226  
(313) 556-2300  
dananessel@hotmail.com

Attorneys for Plaintiffs

*s/ Kenneth M. Mogill*  
Kenneth M. Mogill P17865  
MOGILL, POSNER & COHEN  
27 E Flint Street, 2nd Floor  
Lake Orion, MI 48362  
(248) 814-9470  
kmogill@bignet.net

## CERTIFICATE OF SERVICE

     Carole M. Stanyar hereby certifies that a copy of PLAINTIFFS' WITNESS LIST was served upon Assistant Attorneys General Kristin Heyse and Tonya Jeter, and upon counsel for Defendant Brown, Andrea Johnson and Michael Pitt, all of whom are ECF filers, on November 15, 2013.

                                       */s/Carole M. Stanyar*
                                       Carole M. Stanyar P34830