UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al,*

Plaintiffs,

v

RICHARD SNYDER, *et al*

Defendants.

Civil Action No. 12-cv-10285

HON. BERNARD A. FRIEDMAN

MAG. MICHAEL J. HLUCHANIUK

Dana M. Nessel (P51346)
Attorney for Plaintiffs
645 Griswold Street, Suite 4300
Detroit, MI 48226
(313) 556-2300
dananessel@hotmail.com

Carole M. Stanyar (P34830)
Attorney for Plaintiffs
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
(313) 819-3953
cstanyar@wowway.com

Kristin M. Heyse (P64353)
Tonya C. Jeter (P55352)
Attorneys for State Defendants
Mich. Dep't of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 373-7700; Fax (517) 351-1152
heysek@michigan.gov
jetert@michigan.gov

Andrea J. Johnson (P74596)
Michael L. Pitt (P24429)
Beth M. Rivers (P33614)
Attorneys for Defendant Lisa Brown
Pitt McGehee Palmer Rivers & Golden, P.C.
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
(248) 398-9800
ajohnson@pittlawpc.com
mpitt@pittlawpc.com
brivers@pittlawpc.com

/

**STIPULATION AND ORDER REGARDING PRE-TRIAL DEADLINES AND DISCOVERY**

Counsel for the parties stipulate that, given the expedited nature of these proceedings, the parties are not required to make initial disclosures under Fed. R. Civ. P. 26(a)(1), they may immediately seek discovery under Fed. R. Civ. P. 26(d), and they are not required to conference under Fed. R. Civ. P. 26(f).

Counsel for the parties further stipulate to the following pre-trial deadlines:

(1) Expert reports required under Fed. R. Civ. P. 26(a)(2) must be filed no later than December 20, 2013.

(2) All discovery, including expert depositions, must be completed by January 20, 2014.

(3) All pre-trial motions, including *Daubert* motions, must be filed by February 4, 2014.

Counsel for the parties further stipulate that State Defendants may exceed the 25-question limit on interrogatories as set forth in Fed. R. Civ. P. 33(a)(1), but the total number of questions will not exceed 50.

It is so STIPULATED.

/s/Kristin M. Heyse
Kristin M. Heyse (P64353)
Attorney for State Defendants
Mich. Dep't of Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 373-7700; Fax (517) 351-1152
heysek@michigan.gov

/s/Carole M. Stanyar
Carole M. Stanyar (P34830)
Attorney for Plaintiffs
212 N. Main Street, Suite 300
Ann Arbor, MI 48104
(313) 819-3953
cstanyar@wowway.com

It is so ORDERED.

November 21, 2013
Date

s/ Bernard A. Friedman_________
Hon. Bernard A. Friedman
United States District Judge