UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al.*,

    Plaintiffs,

-vs-　　　　　　　　　　　　　　ED Mi #12-civ-10285
　　　　　　　　　　　　　　　　Hon. Bernard A. Friedman

RICHARD SNYDER, *et al.*,

    Defendants.
_____

## PLAINTIFFS' AMENDED WITNESS LIST

Now come the Plaintiffs in this matter, by and through their undersigned attorneys, and for their amended list of witnesses to be called at the trial in this matter state as follows:

1. April DeBoer
2. Jayne Rowse
3. All Defendants
4. Any agent of any Defendant
5. David M. Brodzinsky, Ph.D. (expert witness)
6. Gary J. Gates, Ph.D. (expert witness)
7. Nancy F. Cott, Ph.D. (expert witness)
8. George Chauncey, Ph.D. (expert witness)

9. Gregory Herek, Ph.D. (expert witness)

10. Jennifer C. Sanderson, C.P.A. (expert witness)

11. Vivek S. Sankaran, Esq. (expert witness)

12. Kathi Nelson (expert witness)

13. Jane A. Bassett, Esq. (expert witness)

14. Leslee Fritz

15. Michael Rosenfeld, Ph.D. (expert witness)

16. Anna Kirkland , Ph.D. (expert witness)

17. Lauren Gutterman (expert witness)

18. Wendy DeBoer

19. Zoe Almquist

20. Luke Feltz

21. Any and all witnesses whose identities are learned in the course of discovery and investigation in this matter

22. Any and all witnesses, including expert witnesses, listed by any Defendant, whether or not called as a witness by any Defendant

23. Any and all witnesses appropriate to rebut any testimony or other evidence offered at trial by any Defendant

24. Any and all witnesses appropriate to establishing Plaintiffs' entitlement to

heightened scrutiny analysis of their equal protection claim based on suspect or quasi-suspect class

In addition, Plaintiffs reserve the right to supplement and/or otherwise amend this Witness List on the basis of additional information learned subsequent to the date of filing this List.

Respectfully submitted,

| | |
|---|---|
| *s/Carole M. Stanyar* | *s/ Dana Nessel* |
| CAROLE M. STANYAR P34830 | DANA M. NESSEL P51346 |
| 221 N. Main Street, Suite 300 | 645 Griswold Street, Suite 4300 |
| Ann Arbor, MI 48104 | Detroit, MI 48226 |
| (313) 819-3953 | (313) 556-2300 |
| cstanyar@wowway.com | dananessel@hotmail.com |
| | |
| Dated: November 24, 2013 | Attorneys for Plaintiffs |

Of counsel:

| | |
|---|---|
| *s/Robert A. Sedler* | *s/ Kenneth M. Mogill* |
| ROBERT A. SEDLER P31003 | Kenneth M. Mogill P17865 |
| Wayne State University Law School | MOGILL, POSNER & COHEN |
| 471 W. Palmer Street | 27 E Flint Street, 2nd Floor |
| Detroit, MI 48202 | Lake Orion, MI 48362 |
| (313) 577-3968 | (248) 814-9470 |
| rsedler@wayne.edu | kmogill@bignet.net |

## CERTIFICATE OF SERVICE

     Carole M. Stanyar hereby certifies that a copy of PLAINTIFFS' AMENDED WTNESS LIST was served upon Assistant Attorneys General Kristin Heyse and Tonya Jeter, and upon counsel for Defendant Brown, Andrea Johnson and Michael Pitt, all of whom are ECF filers, on November 24, 2013.

                                         */s/Carole M. Stanyar*
                                         Carole M. Stanyar P34830