UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al,*                    Civil Action No. 12-cv-10285

    Plaintiffs,                        HON. BERNARD A.
                                          FRIEDMAN

v

                                          MAG. MICHAEL J.
RICHARD SNYDER, *et al*                   HLUCHANIUK

    Defendants.

---

Dana M. Nessel (P51346)              Carole M. Stanyar (P34830)
Attorney for Plaintiffs              Attorney for Plaintiffs
645 Griswold Street, Suite 4300      221 N. Main Street, Suite 300
Detroit, MI  48226                   Ann Arbor, MI  48104
(313) 556-2300                       (313) 819-3953
dananessel@hotmail.com               cstanyar@wowway.com

---

Kristin M. Heyse (P64353)            Andrea J. Johnson (P74596)
Tonya C. Jeter (P55352)              Michael L. Pitt (P24429)
Attorneys for State Defendants       Beth M. Rivers (P33614)
Mich. Dep't of Attorney General      Attorneys for Defendant Lisa
Health, Education & Family           Brown
Services Division                    Pitt McGehee Palmer Rivers &
P.O. Box 30758                       Golden, P.C.
Lansing, MI 48909                    117 W. Fourth Street, Suite 200
(517) 373-7700; Fax (517) 351-1152   Royal Oak, MI  48067
heysek@michigan.gov                  (248) 398-9800
jetert@michigan.gov                  ajohnson@pittlawpc.com
                                     mpitt@pittlawpc.com
                                     brivers@pittlawpc.com

---/

## STATE DEFENDANTS' AMENDED WITNESS LIST

Defendants, Richard Snyder, in his official capacity as Governor of the State of Michigan, and Bill Schuette, in his official capacity as the Michigan Attorney General (collectively "State Defendants"), through their undersigned counsel, list the following persons as witnesses to be called at trial in this action:

(1) Douglas W. Allen, Ph.D.

(2) Joseph Price, Ph.D.

(3) Loren D. Marks, Ph.D.

(4) Mark Regnerus, Ph.D.

(5) Sherif Girgis.

(6) Any and all witnesses found during the course of discovery in this case.

(7) Any and all witnesses, including expert witnesses, named by any party, whether or not called.

(8) Any and all witnesses required to rebut any testimony or evidence offered by any party at trial.

(9) Any and all witnesses necessary for rebutting entitlement to application of a heightened level of scrutiny.

In addition, State Defendants reserve the right to supplement or amend their witness list after filing on the basis of new information.

Respectfully submitted,

/s/Kristin M. Heyse
Kristin M. Heyse (P64353)
Tonya C. Jeter (P55352)
Attorneys for State Defendants
Mich. Dep't of Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 373-7700; Fax (517) 351-1152
heysek@michigan.gov
jetert@michigan.gov

Date:  November 25, 2013

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on November 25, 2013, I electronically filed the foregoing document(s) with the Clerk of the Court using the ECF System, which will provide electronic notice and copies of such filing of the following to the parties:  State Defendants' Amended Witness List.

/s/ Kristin M. Heyse
Assistant Attorney General
Attorney for State Defendants
Health, Education & Family
Services Division
P.O. Box 30758
(517) 373-7700
heysek1@michigan.gov
P64353

4