UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


April DeBoer, et al.,

                              Plaintiff(s),

v.                                            Case No. 2:12–cv–10285–BAF–MJH
                                              Hon. Bernard A. Friedman

Richard Snyder, et al.,

                              Defendant(s),
_____


**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

Motion to Bifurcate – #100

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Bernard A. Friedman ***without*** oral argument.

Courtesy copies shall be provided directly to chambers as soon as possible.


**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/C. Mullins_____
                                  Case Manager

Dated:   December 3, 2013