UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al,*

    Plaintiffs,

v

RICHARD SNYDER, *et al*

    Defendants.

Civil Action No. 12-cv-10285

HON. BERNARD A.
FRIEDMAN

MAG. MICHAEL J.
HLUCHANIUK

---

Dana M. Nessel (P51346)
Attorney for Plaintiffs
645 Griswold Street, Suite 4300
Detroit, MI  48226
(313) 556-2300
dananessel@hotmail.com

Carole M. Stanyar (P34830)
Attorney for Plaintiffs
221 N. Main Street, Suite 300
Ann Arbor, MI  48104
(313) 819-3953
cstanyar@wowway.com

---

Kristin M. Heyse (P64353)
Tonya C. Jeter (P55352)
Attorneys for State Defendants
Mich. Dep't of Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 373-7700; Fax (517) 351-1152
heysek@michigan.gov
jetert@michigan.gov

Andrea J. Johnson (P74596)
Michael L. Pitt (P24429)
Beth M. Rivers (P33614)
Attorneys for Defendant Lisa
Brown
Pitt McGehee Palmer Rivers &
Golden, P.C.
117 W. Fourth Street, Suite 200
Royal Oak, MI  48067
(248) 398-9800
ajohnson@pittlawpc.com
mpitt@pittlawpc.com
brivers@pittlawpc.com

---

## STIPULATION AND ORDER
## REGARDING DEPOSITIONS

Counsel for the parties stipulate to the following with regard to depositions:

(1)     The parties will voluntarily produce their expert witnesses for deposition and waive the requirement that subpoenas be issued for depositions under Fed. R. Civ. P. 45.

(2)     If an expert witness for either party fails, without good cause, to appear for his or her scheduled deposition, that expert witness will not be allowed to testify at trial.

(3)     Pursuant to Fed. R. Civ. P. 30(b)(4), the depositions of Plaintiffs' experts—Drs. Gates, Chauncey, Cott, Rosenfeld, and Brodzinsky—will be conducted by videoconference, with Plaintiffs' counsel and the expert being in the expert's respective location and State Defendants' counsel participating remotely from Lansing, Michigan.

(4)     The parties agree to extend the discovery deadline to February 3, 2014 to depose any of Plaintiffs' expert

witnesses located in Michigan, as well as any of Plaintiffs'

lay witnesses.

It is so STIPULATED

/s/Kristin M. Heyse
Kristin M. Heyse (P64353)
Tonya C. Jeter (P55352)
Attorneys for State Defendants
Mich. Dep't of Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 373-7700; Fax (517) 351-1152
heysek@michigan.gov
jetert@michigan.gov

/s/Carole M. Stanyar
Carole M. Stanyar (P34830)
Attorney for Plaintiffs
221 N. Main Street, Suite 300
Ann Arbor, MI  48104
(313) 819-3953
cstanyar@wowway.com

It is so ORDERED

January 8, 2014_____
Date

s/ Bernard A. Friedman_____
Hon. Bernard A. Friedman
United States District Judge