UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al.*,

        Plaintiffs,

-vs-                                          ED Mi #12-civ-10285
                                                    Hon. Bernard A. Friedman

RICHARD SNYDER, *et al.*
,
        Defendants.
_____

OF COUNSEL APPEARANCE

To the Clerk of Said Court:

       Please enter the appearances of the undersigned as Of Counsel to Plaintiffs in this matter.

Respectfully submitted,

                                                      */s/ Vickie L. Henry*
                                                      Gay & Lesbian Advocates
                                                          & Defenders
                                                      By: Vickie L. Henry
                                                      vhenry@glad.org
                                                      30 Winter St., Suite 800
                                                      Boston, MA  02108
                                                      617.426.1350

Dated: January 14, 2014

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Of Counsel Appearance with the Clerk of the Court using the ECF system which will send notification of each filing to the following:

Kristin M. Heyse, Asst Attorney General [P64353][Heyesk@michigan.gov]
Tonya C. Jeter, Asst Attorney General [jetert@michigan.gov]
Dana M. Nessel, Esq. [dana@nesselandkessellaw.com]
Carole M. Stanyar, Esq. [cstanyar@wowway.com]
Robert A. Sedler, Esq. [rsedler@wayne.edu]

>                   */s/ Vickie L. Henry*
>                   Vickie L. Henry
>                   Gay & Lesbian Advocates
>                         & Defenders
>                   vhenry@glad.org
>                   30 Winter St., Suite 800
>                   Boston, MA  02108
>                   617.426.1350

Dated: January 14, 2014