UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al.*,

    Plaintiffs,

-vs-                          ED Mi #12-civ-10285
                              Hon. Bernard A. Friedman

RICHARD SNYDER, *et al.*,

    Defendants.

## OF COUNSEL APPEARANCE

To the Clerk of Said Court:

    Please enter the appearances of the undersigned as Of Counsel to Plaintiffs in this matter.

                                            Respectfully submitted,

                                            Leslie Cooper
                                            American Civil Liberties Union
                                            125 Broad St., 18th Fl.
                                            New York, NY 10004
                                            212-549-2627
                                            lcooper@aclu.org

Dated: January 7, 2014

CERTIFICATE OF SERVICE

I hereby certify that on this date I caused the foregoing Of Counsel Appearance to be electronically filed with the Clerk of the Court using the ECF system which will send notification of each filing to the following:

Kristin M. Heyse, Asst Atty Gen [P64353], heysek@michigan.gov
Tonya C. Jeter, Asst Attorney General [jetert@michigan.gov]
Dana M. Nessel, Esq. [dana@nesselandkessellaw.com]
Carole M. Stanyar, Esq. [cstanyar@wowway.com]
Robert A. Sedler, Esq. [rsedler@wayne.edu]

Leslie Cooper
American Civil Liberties Union
125 Broad St., 18th Fl.
New York, NY 10004
212-549-2627
lcooper@aclu.org

Dated: January 17, 2014