UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al.*,

      Plaintiffs,

-vs-                                      ED Mi #12-civ-10285
                                          Hon. Bernard A. Friedman

RICHARD SNYDER, *et al.*,

      Defendants.
_____/

### STIPULATION FOR ENTRY OF PROTECTIVE ORDER

Now come the parties, by and through their respective attorneys, and stipulate to the entry of a protective order, a copy of which is attached, as set out herein and for the reasons stated below:

1. The State Defendants have requested discovery of an unpublished article authored by Professor Michael Rosenfeld, one of Plaintiffs' expert witnesses. The working title of the article is "Family Structure or Family Stability: Revisiting the Data from the New Family Structures Study".

2. Prof. Rosenfeld has asserted a proprietary interest in the article that will be harmed in the event it is publicly disseminated prior to publication.

3. The State Defendants maintain that disclosure of the article to them is necessary in order for them properly to prepare for trial; Plaintiffs are

prepared to waive any objection to disclosure of the article to the State Defendants provided that disclosure is limited as set out below –

a. The Defendants, their attorneys and agents and their expert witnesses are subject to the order and may only use the article for purposes of the instant litigation and only subject to this Court's orders;

b. The Defendants and their attorneys may disclose copies of the article to their previously identified expert witnesses but only on the condition that prior to disclosure, the Defendants' expert witnesses agree in writing, copies of which are provided to Plaintiffs' counsel, that they (1) will use the article solely for purposes of this litigation and not for any other purpose, (2) will not duplicate the article in whole or in part by any means or manner, (3) they will not disclose the article by any means, in whole or in part, to any person not authorized by this Court to receive same, and (4) will promptly return all copies of the article to Plaintiffs' counsel immediately following the conclusion of the trial.  The trial shall be deemed to be concluded following the conclusion of closing arguments and/or the submission of proposed findings of fact and conclusions of law, whichever occurs later; and

c. While the parties are not in agreement as to the admissibility of the article into evidence, in the event the article is admitted into evidence it shall be admitted under seal pending further order of this Court.

IT IS SO STIPULATED.

| | |
|---|---|
| *s/Kristin M. Heyse* | *s/ Michael L. Pitt* |
| KRISTIN M. HEYSE P64353 | MICHAEL L. PITT P24429 |
| Assistant Attorney General | Attorney for Defendant Brown |
| Attorneys for State Defendants | 117 West Fourth Street, #200 |
| Health, Education and Family Services Division | Royal Oak, MI 48067 |
| P.O. Box 30758 | (248) 398-9800 |
| Lansing, MI 48909 | |
| (517) 373-7700 | |
| | |
| *s/Carole M. Stanyar* | *s/ Dana Nessel* |
| CAROLE M. STANYAR P34830 | DANA M. NESSEL P51346 |
| Attorney for Plaintiffs | Attorney for Plaintiffss |
| 221 N. Main Street, Suite 300 | 645 Griswold Street, #4300 |
| Ann Arbor, MI 48104 | Detroit, MI 48226 |
| (313) 819-3953 | (313) 556-2300 |
| cstanyar@wowway.com | dananessel@hotmail.com |

Of counsel for Plaintiffs:

| | |
|---|---|
| *s/Robert A. Sedler* | *s/ Kenneth M. Mogill* |
| ROBERT A. SEDLER  P31003 | Kenneth M. Mogill P17865 |
| Wayne State University Law School | MOGILL, POSNER & COHEN |
| 471 W. Palmer Street | 27 E Flint Street, 2nd Floor |
| Detroit, MI 48202 | Lake Orion, MI 48362 |
| (313) 577-3968 | (248) 814-9470 |
| rsedler@wayne.edu | kmogill@bignet.net |

Dated: January 30, 2014

**CERTIFICATE OF SERVICE**

Carole M. Stanyar hereby certifies that a copy of this Stipulation and order was served on all parties of record per the ECF filing rules on January 30, 2014.

*/s/Carole M. Stanyar*

Carole M. Stanyar P34830

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al.*,

      Plaintiffs,

-vs-                    ED Mi #12-civ-10285
                           Hon. Bernard A. Friedman

RICHARD SNYDER, *et al.*,

      Defendants.
_____/

**PROTECTIVE ORDER REGARDING EXPERT ROSENFELD**

This Court having considered a stipulation of the parties regarding an unpublished article authored by Professor Michael Rosenfeld entitled "Family Structure or Family Stability: Revisiting the Data from the New Family Structures Study", and being fully advised in the premises of said stipulation, it is hereby ordered as follows:

    1. The Defendants, their attorneys and agents and their expert witnesses are subject to the order and may only use the article for purposes of the instant litigation and only subject to this Court orders;

2. The Defendants and their attorneys may disclose copies of the article to their previously identified expert witnesses but only on the condition that prior to disclosure, the Defendants' expert witnesses agree in writing (copies of which are provided to Plaintiffs' counsel), that they (1) will use the article solely for purposes of this litigation and not for any other purpose, (2) will not duplicate the article in whole or in part by any means or manner, (3) they will not disclose the article by any means, in whole or in part, to any person not authorized by this Court to receive same, and (4) will promptly return all copies of the article to Plaintiffs' counsel immediately following the conclusion of the trial.  The trial shall be deemed to be concluded following the conclusion of closing arguments and/or the submission of proposed findings of fact and conclusions of law, whichever occurs later; and

3.  While the Court understands that the parties are not in agreement as to the admissibility of the article into evidence, in the event the article is admitted into evidence it shall be admitted under seal pending further order of this Court.

IT IS SO ORDERED.

Date:  February 4, 2014            s/ Bernard A. Friedman

                                   HONORABLE  BERNARD A. FRIEDMAN
                                   United States District Judge