UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al.*,

    Plaintiffs,

-vs-                                  ED Mi #12-civ-10285
                                       Hon. Bernard A. Friedman

RICHARD SNYDER, *et al.*,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

CAROLE M. STANYAR hereby certifies that a copy of Plaintiffs' Motion to Exclude Testimony of State Defendants' Proposed Expert Witness Sherif Girgis under *Daubert*, Brief in Support, and Exhibits were served upon Assistant Attorneys General Kristin Heyse, Tonya Jeter, and Joseph Potchen and upon counsel for Ms. Brown, Andrea Johnson and Michael Pitt, ECF filers, on February 5, 2014.   This Certificate of Service was served upon Assistant Attorneys General Kristin Heyse, Tonya Jeter, and Joseph Potchen and upon counsel for Ms. Brown, Andrea Johnson and Michael Pitt, ECF filers, on February 6, 2014.

                                                *s/Carole M. Stanyar*
                                                CAROLE M. STANYAR P34830