# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

APRIL DEBOER, *et. al.*,

    Plaintiffs,

v.                                 Civil Action No. 12-cv-10285

RICHARD SNYDER, *et. al.*,

    Defendants.

## SUPPLEMENTAL EXHIBITS TO PLAINTIFF'S MOTION TO BAR TESTIMONY OF STATE DEFENDANT'S PROPOSED EXPERTS, ALLEN AND PRICE

Respectfully submitted,

*s/Carole M. Stanyar*
CAROLE M. STANYAR 34830
221 N. Main Street, Ste 300
Ann Arbor, MI 48103
(313) 819-3953
cstanyar@wowway.com

*s/Dana Nessel*
DANA NESSEL P51346
645 Griswold Street, Ste 4300
Detroit, MI 48226
(313) 556-2300
dananessel@hotmail.com

Dated: February 6, 2014

Attorneys for Plaintiffs

Of counsel:

*s/Robert A. Sedler*
ROBERT A. SEDLER P31003
Wayne State University Law School
471 W. Palmer Street
Detroit, MI 48202
(313) 577-3968
rsedler@wayne.edu

*s/Kenneth M. Mogill*
KENNETH M. MOGILL
Mogill, Posner & Cohen
27 E. Flint Street, 2nd Floor
Lake Orion, MI 48362
(248) 814-9470
kmogill@bignet.com