UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

APRIL DEBOER, et al.

    Plaintiffs,                                                 Civil Action No. 12-cv-10285
                                                                HON. BERNARD A. FRIEDMAN

vs.

RICHARD SNYDER, et al.

    Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND AND DENYING STATE DEFENDANTS' MOTION TO STRIKE

       Before the Court are plaintiffs' nunc pro tunc motion to extend the time for filing Daubert motions by one day [docket entry 124] and state defendants' motion to strike plaintiffs' Daubert motions on the ground that they were filed one-day late pursuant to the scheduling order [docket entry 119]. Having reviewed the parties' respective motion papers, the Court will allow plaintiffs' Daubert motions to be filed one-day late. State defendants shall have one extra day to filed their responses. Accordingly,

       IT IS ORDERED that plaintiffs' nunc pro tunc motion to extend the time for filing Daubert motions is granted.

       IT IS FURTHER ORDERED that state defendants' motion to strike plaintiffs' Daubert motions is denied.

February 10, 2014

                                                __s/ Bernard A. Friedman_____
                                                BERNARD A. FRIEDMAN
                                                SENIOR U. S. DISTRICT JUDGE