UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al,*

      Plaintiffs,

v

RICHARD SNYDER, *et al*

      Defendants.

Civil Action No. 12-cv-10285

HON. BERNARD A. FRIEDMAN

MAG. MICHAEL J. HLUCHANIUK

**STIPULATION AND
PROTECTIVE ORDER
REGARDING STATE
DEFENDANTS' EXPERT
LOREN MARKS**

Dana M. Nessel (P51346)
Attorney for Plaintiffs
645 Griswold Street, Suite 4300
Detroit, MI  48226
(313) 556-2300; Fax (313) 965-5580
dana@nesselandkessellaw.com

Carole M. Stanyar (P34830)
Attorney for Plaintiffs
221 N. Main St., Ste. 300
Ann Arbor, MI  48104
(313) 819-3953
cstanyar@wowway.com

Kristin M. Heyse (P64353)
Joseph E. Potchen (P49501)
Tonya C. Jeter (P55352)
Michelle M. Brya (P66861)
Attorneys for State Defendants
Mich. Dep't of Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 373-7700; Fax (517) 351-1152
heysek@michigan.gov
potchenj@michigan.gov
jetert@michigan.gov
bryam@michigan.gov

Andrea J. Johnson (P74596)
Michael L. Pitt (P24429)
Beth M. Rivers (P33614)
Attorneys for Defendant Lisa
Brown
Pitt McGehee Palmer Rivers
& Golden, P.C.
117 W. Fourth St., Ste. 200
Royal Oak, MI  48067
(248) 398-9800
ajohnson@pittlawpc.com
mpitt@pittlawpc.com
brivers@pittlawpc.com

    /

## STIPULATION AND PROTECTIVE ORDER REGARDING STATE DEFENDANTS' EXPERT LOREN MARKS

The parties, through their attorneys, stipulate to the entry of a protective order as follows:

1.     The Plaintiffs have requested discovery regarding a study authored by Dr. Loren Marks, one of the State Defendants' expert witnesses.  Specifically, Plaintiffs seek the names of the individuals that Dr. Marks provided a copy of a draft of his article entitled *Same-Sex parenting and children's outcomes:  A closer examination of the American psychological association's brief on lesbian and gay parenting* before it was published in Social Science Research.

2.     Plaintiffs maintain that the disclosure of these names is necessary in order for them to properly prepare for trial.

3.     State Defendants' counsel will send Plaintiffs' attorneys the names of the individuals provided by Dr. Marks, as referenced in paragraph 1, subject to the following terms and conditions:

> a.     The Plaintiffs and their attorneys are subject to this protective order and may only use the names for purposes of the instant litigation and not for any other purpose and only subject to this Court's orders.

2

b.      The Plaintiffs and their attorneys will not disclose the names by any means, in whole or in part, to any person, including Plaintiffs' experts, Defendant Brown, or Defendant Brown's counsel.

c.      While the parties are not in agreement as to the admissibility of the names into evidence, in the event Plaintiffs or their attorneys seek to admit the names into evidence, they will provide 24-hour prior notice to State Defendants' counsel and agree to have an in-chambers meeting with the Court before the names are sought to be admitted.

It is so STIPULATED.


/s/ Kristin M. Heyse (P64353)          /s/ Carole M. Stanyar (P34830)
Assistant Attorney General             Attorney for Plaintiffs
Attorneys for State Defendants         221 N. Main Street, Suite 300
Health, Education and Family           Ann Arbor, MI  48104
Services Division                      (313) 819-3953
P.O. Box 30758                         cstanyar@wowway.com
Lansing, MI  48909
(517) 373-7700




It is so ORDERED.



                                       s/ Bernard A. Friedman
Date February 13, 2014                 Hon. Bernard A. Friedman
                                       United States District Judge