UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al.*,

    Plaintiffs,

-vs-                        ED Mi #12-civ-10285
                                Hon. Bernard A. Friedman

RICHARD SNYDER, *et al.*,

    Defendants.

_____

## **CERTIFICATE OF SERVICE**

      Kenneth M. Mogill hereby certifies that a copy of Plaintiffs' Combined Answer and Brief in Response to State Defendants' Motion *In Limine* To Disqualify and Exclude Vivek S. Sankaran, J.D., and this Certificate of Service were served upon Assistant Attorneys General Kristin Heyse and Tonya Jeter, and upon counsel for Ms. Brown, Andrea Johnson and Michael Pitt, ECF filers, on February 13, 2014.

                                      *s/Kenneth M.Mogill*
                                      Kenneth M. Mogill P17865
                                      Mogill, Posner & Cohen
                                      27 E Flint St, 2nd Floor
                                      Lake Orion MI 48362
                                      248.814.9470