*April Deboer, et al v. Richard Snyder, et al*
**USDC-ED No: 12-cv-10285**
**Honorable Bernard A. Friedman**
**Magistrate Judge Michael J. Hluchaniuk**

# INDEX OF EXHIBITS

Exhibit 1      Expert Witness Report of Mark D. Regnerus, Ph.D.

Exhibit 2      Deposition Exhibit 11.

Exhibit 3      Deposition Exhibit 14.