UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**APRIL DEBOER,** *et al.,*

       Plaintiffs,

vs.

Case No. 12-cv-10285
Hon. Bernard A. Friedman

**RICHARD SNYDER,** *et al.,*

       Defendants.

_____/

**OPINION AND ORDER DENYING STATE DEFENDANT'S
MOTION IN LIMINE TO DISQUALIFY AND EXCLUDE
VIVEK S. SANKARAN, J.D. AND PLAINTIFFS' MOTION TO PRECLUDE
SHERIF GIRGIS AS EXPERT WITNESSES**

The Court has had an opportunity to review the further briefing on Vivek S. Sankaran, J.D. and Sherif Girgis, as potential expert witnesses. The Court leaves the parties to their proofs to establish both expertise and relevancy, according to the rules and case law at the time of trial.

ACCORDINGLY:

IT IS HEREBY ORDERED that State Defendant's Motion in Limine to Disqualify and Exclude Vivek S. Sankaran, J.D. and Plaintiffs' Motion to Preclude Sherif Girgis as expert witnesses is denied.

BERNARD A. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Dated: FEB 18 2014
Detroit, Michigan