UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, et al.

    Plaintiffs,

vs.

RICHARD SNYDER, et al.

    Defendants.
_____/

Civil Action No. 12-cv-10285
HON. BERNARD A. FRIEDMAN

## ORDER DENYING MOTIONS IN LIMINE

The Court held a teleconference with the parties on February 12, 2014 regarding their respective motions in limine. For the reasons stated on the record,

IT IS ORDERED that the outstanding motions in limine [docket entries 115, 116, 118] are denied.

                                                        BERNARD A. FRIEDMAN
                                                        SENIOR UNITED STATES DISTRICT JUDGE

Dated:   FEB 2 5 2014
       Detroit, Michigan