UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, individually and as parent
and next friend of N.D.-R, R.D.-R., and J.D.-R,
minors, and JAYNE ROWSE, individually and
as parent and next friend of N.D.-R, R.D.-R.,
and J.D.-R, minors,

    Plaintiffs,

vs.

RICHARD SNYDER, in his official capacity as
Governor of the State of Michigan, and
BILL SCHUETTE, in his official capacity as
Michigan Attorney General,

    Defendants.
_____/

Civil Action No. 12-CV-10285
HON. BERNARD A. FRIEDMAN

## **JUDGMENT**

The Court in this matter has issued its Findings of Fact and Conclusions of Law. In accordance therewith,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for plaintiffs and against defendants.

IT IS FURTHER ORDERED AND ADJUDGED that defendants are hereby permanently enjoined from enforcing the Michigan Marriage Amendment and its implementing statutes, as they conflict with the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

    DAVID J. WEAVER
    CLERK OF COURT

    By: Carol L. Mullins_____
    Deputy Clerk

March 21, 2014
Approved: s/ Bernard A. Friedman_____
    BERNARD A. FRIEDMAN
    SENIOR U.S. DISTRICT JUDGE