UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al.*,     Civil Action No. 12-cv-10285

    Plaintiffs,     HON. BERNARD A. FRIEDMAN

v.     MAG. MICHAEL J. HLUCHANIUK

RICHARD SNYDER, *et al.*,

    Defendants.

_____/

## NOTICE OF APPEAL

Notice is hereby given that RICHARD SNYDER, in his official capacity as Governor of the State of Michigan, and BILL SCHUETTE, in his official capacity as Michigan Attorney General, State Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action on March 21, 2014.

                                             Respectfully submitted,

                                             Bill Schuette
                                             Attorney General

                                             Aaron D. Lindstrom
                                             Solicitor General
                                             Co-counsel of Record

                                */s/ Kristin M. Heyse*
Assistant Attorney General
Attorneys for State Defendants
Mich. Dep't of Attorney General
Health, Education, and Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 373-7700
(P64353)
heysek@michigan.gov

Dated:  March 21, 2014

# CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2014, I electronically filed the above document with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

>*/s/ Kristin M. Heyse*
>Assistant Attorney General
>Attorneys for State Defendants
>Mich. Dep't of Attorney General
>Health, Education, and Family
>Services Division
>P.O. Box 30758
>Lansing, MI 48909
>(517) 373-7700
>(P64353)
>heysek@michigan.gov