## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 22, 2014

Mr. Kristin Heyse

Mr. Aaron D. Lindstrom

Mr. Kenneth Marc Mogill

Ms. Dana Nessell

Ms. Carole M. Stanyar

         Re:  Case No. 14-1341, *April Deboer, et al v. Richard Snyder, et al*
              Originating Case No. : 2:12-cv-10285

Dear Counsel:

  The Court issued the enclosed Order today in this case.

                                 Sincerely yours,

                                 s/Patricia J. Elder
                                 Senior Case Manager


cc:  Mr. David J. Weaver

Enclosure

No. 14-1341

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| APRIL DEBOER; JANE ROWSE, individually and as parents and next friend of N.D.-R, R.D.-R and J.D.-R, minors,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>RICHARD SNYDER, in his official capacity as Governor of the State of Michigan; BILL SCHUTTE, in his official capacity as Michigan Attorney General,<br><br>    Defendants-Appellants. | O R D E R<br><br>**FILED**<br>Mar 22, 2014<br>DEBORAH S. HUNT, Clerk |

The defendants appeal a judgment permanently enjoining the enforcement of the Michigan Marriage Amendment. They have filed an emergency motion for a stay pending appeal. The plaintiffs have been directed to respond to the motion by 12:00 noon on Tuesday, March 25, 2014. To allow a more reasoned consideration of the motion to stay, it is ORDERED that the district court's judgment is temporarily stayed until Wednesday, March 26, 2014.

ENTERED BY ORDER OF THE COURT

*/s/ Deborah S. Hunt*

Deborah S. Hunt, Clerk