## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 22, 2014

Mr. Kristin Heyse

Mr. Aaron D. Lindstrom

Mr. Kenneth Marc Mogill

Ms. Dana Nessell

Ms. Carole M. Stanyar

Re: Case No. 14-1341, *April Deboer, et al v. Richard Snyder, et al*
Originating Case No. : 2:12-cv-10285

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager

cc: Mr. David J. Weaver

Enclosure

No. 14-1341

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| APRIL DEBOER; JANE ROWSE, individually and as parents and next friend of N.D.-R, R.D.-R and J.D.-R, minors, )<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>RICHARD SNYDER, in his official capacity as Governor of the State of Michigan; BILL SCHUTTE, in his official capacity as Michigan Attorney General,<br><br>Defendants-Appellants. | O R D E R <br><br> **FILED** <br> Mar 22, 2014 <br> DEBORAH S. HUNT, Clerk |

The defendants appeal a judgment permanently enjoining the enforcement of the Michigan Marriage Amendment. They have filed an emergency motion for a stay pending appeal. The plaintiffs have been directed to respond to the motion by 12:00 noon on Tuesday, March 25, 2014. To allow a more reasoned consideration of the motion to stay, it is ORDERED that the district court's judgment is temporarily stayed until Wednesday, March 26, 2014.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk