UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| APRIL DEBOER, *et al*, | Civil Action No. 12-cv-10285 |
| Plaintiffs, | HON. BERNARD A. FRIEDMAN |
| v | |
| RICHARD SNYDER, *et al* | MAG. MICHAEL J. HLUCHANIUK |
| Defendants. | |
| _____/ | |

# STIPULATION AND ORDER TO EXTEND THE TIME FOR FILING RESPONSE TO MOTION FOR ATTORNEY FEES

Counsel for the parties stipulate to extend the time for filing State Defendants' response to Plaintiffs' motion for attorney fees by 21 days.

State Defendants' response is now due September 3, 2015.

It is so STIPULATED,

| | |
|---|---|
| /s/Kristin M. Heyse | /s/Carole M. Stanyar |
| Kristin M. Heyse (P64353) | Carol M. Stanyar (P34830) |
| Attorney for State Defendants | Attorney for Plaintiffs |
| Mich. Dep't of Attorney General | Ann Arbor, MI  48104 |
| Health, Education & Family | (313) 819-3953 |
| Services Division | cstanyar@wowway.com |
| P.O. Box 30758 | |
| Lansing, MI 48909 | |
| (517) 373-7700; Fax (517) 351-1152 | |
| heysek@michigan.gov | |

It is so ORDERED,

| | |
|---|---|
| August 10, 2015 | s/ Bernard A. Friedman_____ |
| Date | Hon. Bernard A. Friedman |
| | United States District Judge |