UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al.*,

    Plaintiffs,

-vs-                    ED Mi #12-civ-10285
                        Hon. Bernard A. Friedman

RICHARD SNYDER, *et al.*,

    Defendants.
_____/

NOTICE OF WITHDRAWAL, AS TO OAKLAND COUNTY CLERK BULLARD ONLY, OF PLAINTIFFS' MOTION FOR TAXABLE COSTS AND ATTORNEY FEES PURSUANT TO 42 U.S.C. §1988 AND RULE 54

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby withdraw their motion (R 180), as to Oakland County Clerk Bullard only, for taxable costs and attorney fees pursuant to 42 U.S.C. §1988 and Federal Rule of Civil Procedure 54.

                                            *s/Carole M. Stanyar*
                                            CAROLE M. STANYAR P34830
                                            Attorney for Plaintiffs
                                            221 N. Main Street, Suite 300
                                            (313) 819-3953
                                            cstanyar@wowway.com

Dated: August 27, 2015