UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| APRIL DEBOER, *et al,* | Civil Action No. 12-cv-10285 |
| Plaintiffs, | HON. BERNARD A. FRIEDMAN |
| v | |
| RICHARD SNYDER, *et al* | MAG. MICHAEL J. HLUCHANIUK |
| Defendants. | |
| _____/ | |

## STIPULATION AND ORDER TO ADJOURN HEARING ON PLAINTIFFS' MOTION FOR ATTORNEY FEES

Counsel for the parties stipulate to adjourn the hearing on Plaintiffs' motion for attorney fees until after December 1, 2015.

It is so STIPULATED,

| | |
|---|---|
| /s/Kristin M. Heyse | /s/Carole M. Stanyar |
| Kristin M. Heyse (P64353) | Carol M. Stanyar (P34830) |
| Attorney for State Defendants | Attorney for Plaintiffs |
| Mich. Dep't of Attorney General | Ann Arbor, MI  48104 |
| Health, Education & Family Services Division | (313) 819-3953 |
| P.O. Box 30758 | cstanyar@wowway.com |
| Lansing, MI 48909 | |
| (517) 373-7700; Fax (517) 351-1152 | |
| heysek@michigan.gov | |

It is so ORDERED,

s/ Bernard A. Friedman_____
Date September 29, 2015           Hon. Bernard A. Friedman
United States District Judge