UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL DEBOER, *et al*,   Civil Action No. 12-cv-10285

    Plaintiffs,   HON. BERNARD A. FRIEDMAN

v

RICHARD SNYDER, *et al*

    Defendants.

**STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFFS' MOTION FOR TAXABLE COSTS AND ATTORNEY FEES AS TO STATE DEFENDANTS ONLY (DOC. ##177, 180)**

The Parties, through their respective Counsel, Stipulate and Agree as follows:

    1.    Plaintiffs filed a Motion for Taxable Costs and Attorney Fees and a corrected Motion for Taxable Costs and Attorney Fees on July 27, 2015. (Doc. ## 177, 180.)

    2.    The Plaintiffs and State Defendants have entered into an agreement resolving the taxable costs and attorney fees to be paid by the State Defendants.

3. The Parties agree to dismiss the pending Motion for Taxable Costs and Attorney Fees with prejudice as to the State Defendants pursuant to the terms of their agreement.

| | |
|---|---|
| /s/Kristin M. Heyse | /s/Carole M. Stanyar |
| Kristin M. Heyse (P64353) | Carol M. Stanyar (P34830) |
| Attorney for State Defendants | Attorney for Plaintiffs |
| Mich. Dep't of Attorney General | Ann Arbor, MI 48104 |
| Health, Education & Family Services Division | (313) 819-3953 |
| | cstanyar@wowway.com |
| P.O. Box 30758 | |
| Lansing, MI 48909 | |
| (517) 373-7700; Fax (517) 351-1152 | |
| heysek@michigan.gov | |

Dated: October 7, 2015          Dated: October 7, 2015


**ORDER DISMISSING MOTION FOR TAXABLE COSTS AND ATTORNEY FEES AS TO DEFENDANTS SNYDER AND SCHUETTE (Doc. ## 177, 180)**

This matter having come before the Court upon the Stipulation of the Parties:

IT IS HEREBY ORDERED, Plaintiffs Motion for Taxable Costs and Attorney Fees and corrected Motion for Taxable Costs and Attorney Fees (Doc. ## 177-182) are DISMISSED with prejudice as to the Defendants Snyder and Schuette.

October 7, 2015_____     s/ Bernard A. Friedman_____
Date     Hon. Bernard A. Friedman
    United States District Judge